**MEMO ENDORSED**

# KEENAN & BHATIA, LLC

90 Broad Street, Suite 200
New York, NY 10004
Tel: (917) 975-5278
www.keenanfirm.com

The application is  _x_ granted
                   ___ denied

March 18, 2022

_____
Edgardo Ramos, U.S.D.J.
Dated: March 21, 2022
New York, New York 10007

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

RE: *Kaitlyn Ramirez v. Temin & Company, Inc.,* Case No. 1:20-cv-06258-ER
Consent Application for Extension of Time to File Stipulation of Dismissal

Dear Judge Ramos:

This firm represents Plaintiff Kaitlyn Ramirez in this employment case. The parties have completed all settlement formalities, and are waiting for a revocation period to run before a dismissal can be filed. Plaintiff respectfully applies, with Defendants' agreement, for a 10-day extension of time in which to file the dismissal, up to and including March 28, 2022.

We thank the Court for its time and consideration.

Respectfully submitted,

KEENAN & BHATIA, LLC
  */s/ E.E. Keenan*
Attorney for Plaintiff

Cc: Michael Nacchio, Esq.